Opinion filed February 15, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed February 15, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00268-CV 

                                                    __________

 

                              IN THE INTEREST OF M.A.F., A CHILD

 



 

                                          On
Appeal from the 29th District Court

 

                                                       Palo
 Pinto County, Texas

 

                                                  Trial Court Cause No. A01089

 



 

                                            M
E M O R A N D U M    O P I N I O N

Appellants have filed in this court a motion to
dismiss the appeal.  The motion is
granted, and the appeal is dismissed.

 

PER CURIAM

 

February 15, 2007

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.